**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUIS GERARD GONZALEZ a/k/a LUIS GERARD GONZALEZ CANTON<br><br>Plaintiff,<br><br>v.<br><br>MAD RUK ENTERTAINMENT INC. a/k/a MAD RUK<br><br>Defendant | CIVIL NUM. 22-01458 (WY)<br><br>TORTIOUS INTERFERENCE WITH BUSINESS OR CONTRACTUAL RELATIONSHIP; TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE; DECLARATORY JUDGMENT; SLANDER OF TITLE; DEFAMATION<br><br>[DEMAND FOR JURY] |

**NOTICE TO THE COURT**
**SERVICE OF SUMMONS**

**TO THE HONORABLE COURT:**

**NOW COMES** LUIS GERARD GONZALEZ a/k/a LUIS GERARD GONZALEZ CANTON [Gerard or Plaintiff] by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. We inform the Court that on October 12, 2022, pursuant to Rules 4(f)((2)(A) and 4(h)(2) of the Federal Rules of Civil Procedure, the appearing Plaintiff perfected service of summons on Defendant Mad Ruk Entertainment, Inc., a Foreign Corporation not located within any judicial district of the United States.

2. Service was performed in Toronto, Ontario, Canada by a method that is reasonably claculated to give notice, in accordance with Rule 16 of the Ontario Rules of Civil Procedure for civil actions in its courts of general jurisdiction.

3. As a general norm, Rule 16.02 (1)(c) of the mentioned Rules of Civil Procedure, entitled, "Where a document is to be served personally, the service shall be made":

   *[...]*

*Corporation,*

*(c) on any other corporation, by leaving a copy of the document with an officer, director or agent of the corporation, or with a person at any place of business of the corporation who appears to be in control or management of the place of business;*

4. Rule 16.03(6) reads;

   *Where these rules or an order of the court permit service by an alternative to personal service, service shall be made in accordance with this rule.*

   *Service on a Corporation*

   *(6)* **Where the head office, registered office or principal place of business of a corporation** *or, in the case of an extra-provincial corporation, the attorney for service in Ontario* **cannot be found at the last address recorded with the Ministry of Government and Consumer Services, service may be made on the corporation by mailing a copy of the document to the corporation or to the attorney for service in Ontario, as the case may be, at that address.**

   **See Exhibit IV – Exerpt of Ontario Rules of Civil Procedure**

5. Pursuant to a Sworn Affidavit of Service executed by Ms. Christina Parr, a law clerk for Donaldson Law Clerk Services, Ltd., retained by the law office of Shillers, LLP., she visited the registered Mad Ruk address in Toronto, Ontario, and found that Defendant was no longer located at that address.  **See Exhibit I.**  Ms. Parr also forwarded an e-mail describing the original steps taken to locate Mad Ruk.  **See Exhibit II**.

6. As per Rule 16, *supra*, Ms. Parr proceed to serve summons by sending a copy by regular mail on October 12, 2022, to the last known address recorded with the Ontario Ministry of Government and Consumer Services on the Profile Report produced on that same date.  **Id**.

7. In an effort to ensure reasonable knowledge of the Complaint filed againt Mad Ruk, the law office of Shillers, LLP., also forwarded a copy of the summons and Complaint to Atty. Sumit Tangri, who represents Mad Ruk on another matter.  **See Exhibit III**

**WHEREFORE,** we ask the Court to take notice of the service of summons on Defendant Mad Ruk on October 12, 2022, in accordance with Rule 4(f) and (h), *supra*, and Rule 16 of the Ontario

Rules of Civil Procedure.

**WE HEREBY CERTIFY** that we have filed this Motion with the Court's CM/EDF electronic filing system which we automatically send notification to all counsel of record via e-mail.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, PR on the 21 day of October 2022.

        **Marichal, Hernández, Santiago & Juarbe, LLC**
Edificio Triple S Plaza
1510 Ave. FD Roosevelt
Ste 9B-1
Guaynabo, PR 00968

PO Box 190095
San Juan, PR 00919-0095
Tel. 787.753.1565
Fax. 787758-82029

*s/Miguel A. Rangel-Rosas*
**Miguel A. Rangel-Rosas**
USDC No., 218601
E-mail: mrangel@mhlex.com

**Pedro J. Rivera Rivera, Law Office**
**USDC # 228702**
Edificio Triple S Plaza
1510 Ave. FD Roosevelt
Ste 9B-1
Guaynabo, PR 00968

Mobile 787-599-3702
E-mail: pjrivera@pjrlex.com

*S/Pedro J. Rivera-Rivera*
**PEDRO J. RIVERA RIVERA**