Case No. 3:2022cv01458

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS GERARD GONZALEZ a/k/a LUIS GERARD GONZALEZ CANTON

Plaintiff

v.

MAD RUK ENTERTAINMENT INC. a/k/a MAD RUK

Defendant

**AFFIDAVIT OF SERVICE**

I, **CHRISTINA PARR,** of the City of Brampton, in the Regional Municipality of Peel, in the Province of Ontario, Canada;

**MAKE OATH AND SAY:**

1. I am a Law Clerk with Donaldson Law Clerk Services Ltd. and as such have personal knowledge of the matters hereinafter deposed to.

2. On October 4, 2022, I was given a copy of the filed Complaint in the above matter from the law office of Shillers LLP with instructions to serve same on the Defendant, Mad Ruk Entertainment Inc. a/k/a Mad Ruk, at 219 Dufferin Street, Suite 303B, Toronto, Ontario, M6K 3J1.

3. On October 5, 2022, at approximately 10:53 a.m. I attended at 219 Dufferin Street, Toronto, Ontario, and did not find the Defendant's name in the outside directory. I attended at Suite 303B and found signage for "MC Rock Capital". The door to the suite

...2

-2-

was locked so I knocked but did not receive a response. I looked into the office through the window beside the door and could see that there was no one inside.

4. I served Mad Ruk Entertainment Inc. a/k/a Mad Ruk with the Complaint by sending a copy by regular mail on October 12, 2022, to the last known address recorded with the Ontario Ministry of Government and Consumer Services on the Profile Report produced on October 12, 2022, a copy of which is attached hereto as Exhibit "A", to 219 Dufferin Street, Suite 303B, Toronto, Ontario, M6K 3J1, pursuant to Rule 16.03(6) of the Rules of Civil Procedure.

**SWORN BEFORE ME** at the City of Toronto, in the Province of Ontario, Canada, this 13th day of October, 2022

_____
Commissioner for taking affidavits

SHARON IRENE WINDSOR
a Commissioner, etc., Province of Ontario
for Donaldson Law Clerk Services Ltd., and
for Process Serving only
Expires August 29, 2025

)
)
)
)
)
)
)
)

_____
**CHRISTINA PARR**

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43



Ministry of Government and
Consumer Services

# Profile Report

MAD RUK ENTERTAINMENT INC. as of October 12, 2022

| | |
|---|---|
| Act | Business Corporations Act |
| Type | Ontario Business Corporation |
| Name | MAD RUK ENTERTAINMENT INC. |
| Ontario Corporation Number (OCN) | 2486028 |
| Governing Jurisdiction | Canada - Ontario |
| Status | Active |
| Date of Incorporation | October 06, 2015 |
| Registered or Head Office Address | 219 Dufferin Street, 303b, Toronto, Ontario, Canada, M6K 3J1 |

This is Exhibit "A"
referred to in the
Affidavit of Christina Parr
sworn before me on
October 13, 2022

_Sharon Windsor_

SHARON IRENE WINDSOR
a Commissioner, etc., Province of Ontario
for Donaldson Law Clerk Services Ltd., and
for Process Serving only
Expires August 29, 2025

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

**Active Director(s)**
**Minimum Number of Directors**     1
**Maximum Number of Directors**    10

**Name**     Reginald A.K.A Rey MENDOZA
**Address for Service**     439 Wellington Street West, 202, Toronto, Ontario, Canada, M5V 1E7
**Resident Canadian**     Yes
**Date Began**     October 06, 2015

**Name**     Maurizo RUIZ
**Address for Service**     439 Wellington Street West, 202, Toronto, Ontario, Canada, M5V 1E7
**Resident Canadian**     Yes
**Date Began**     October 06, 2015

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Page 2 of 7

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

**Active Officer(s)**
**Name** Reginald A.K.A Rey MENDOZA
**Position** President
**Address for Service** 439 Wellington Street West, 202, Toronto, Ontario, Canada, M5V 1E7
**Date Began** October 06, 2015

**Name** Maurizio RUIZ
**Position** Vice-President
**Address for Service** 439 Wellington Street West, 202, Toronto, Ontario, Canada, M5V 1E7
**Date Began** October 06, 2015

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

**Corporate Name History**
**Name**                MAD RUK ENTERTAINMENT INC.
**Effective Date**      October 06, 2015

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report.
Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

**Active Business Names**
Name                                          MAD RUK
Business Identification Number (BIN)          280036799
Registration Date                             January 10, 2018
Expiry Date                                   January 09, 2023

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

**Expired or Cancelled Business Names**

This corporation does not have any expired or cancelled business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10050286207
Report Generated on October 12, 2022, 14:43

Document List

| Filing Name | Effective Date |
|---|---|
| Annual Return - 2017<br>PAF: RODNEY DAVIS - DIRECTOR | June 24, 2018 |
| CIA - Notice of Change<br>PAF: REGINALD A.K.A REY MENDOZA - DIRECTOR | December 29, 2017 |
| Annual Return - 2016<br>PAF: RODNEY DAVIS - DIRECTOR | March 28, 2017 |
| BCA - Articles of Incorporation | October 06, 2015 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Government and Consumer Services.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.