## Miguel A. Rangel Rosas

| | |
|---|---|
| **From:** | David Shiller <david@shillers.com> |
| **Sent:** | Wednesday, October 12, 2022 1:15 PM |
| **To:** | Letvia Arza Goderich; luis gerard; Pedro Rivera; Miguel A. Rangel Rosas |
| **Subject:** | Fwd: Service of US complaint |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[EXTERNAL E-MAIL]

I will take a quick look for other addresses.

David Shiller
Shillers, LLP
416-454-9081 cell
Sent from my iPhone12

---

**From:** Donaldson Law Clerks <anne@donaldsonlawclerks.ca>
**Sent:** Wednesday, October 12, 2022 1:02:22 PM
**To:** David Shiller <david@shillers.com>
**Subject:** RE: Service of US complaint

Hi Mr. Shiller,

We attempted at the Wellington Street address and confirmed today after speaking with the Tridel Presentation Centre that 439 Wellington Street West no longer exists. The Well Condos are being built in that location. It goes from 401 Wellington Street West ➔ The Well Condos ➔ 479 Wellington Street West. The lady at the presentation centre advised once finished The Well Condos will be 425, 435 and 455 Wellington Street West.

We also did a quick search on Terraview to see if either Reginald a.k.a. Rey Mendoza or Maurizo Ruiz owned any property in the GTA but also came up empty.

Do you have any other address we can try or would you like it mailed to the Dufferin Street address for the company in the profile report.

Please advise how you would like to proceed.

Regards,

Marty
Donaldson Law Clerk Services Ltd.
1410-439 University Avenue, Toronto, ON  M5G 1Y8
Office: 416-340-1700

**From:** David Shiller <david@shillers.com>
**Sent:** October 5, 2022 2:43 PM

1

**To:** Donaldson Law Clerks <anne@donaldsonlawclerks.ca>
**Subject:** Re: Service of US complaint

Please try Rey and the Wellington address which I believe is his condo.

David Shiller
Shillers, LLP
416-454-9081 cell
Sent from my iPhone12

---

**From:** Donaldson Law Clerks <anne@donaldsonlawclerks.ca>
**Sent:** Wednesday, October 5, 2022 6:16:22 PM
**To:** David Shiller <david@shillers.com>
**Subject:** RE: Service of US complaint

Good afternoon,

I attempted service this morning and the Defendant was not on the outside directory. I attended at 303B and the signage is for "MC Rock Capital". The office was empty & the door locked.
Do you want us to try again, perhaps next week, or try the Wellington St. West address in the Profile Report? Please advise.

Take care and stay safe!

Crystal Simpson
Donaldson Law Clerk Services Ltd.
1410-439 University Avenue, Toronto, ON  M5G 1Y8
Office: 416-340-1700

**From:** David Shiller <david@shillers.com>
**Sent:** October 3, 2022 7:42 PM
**To:** Donaldson Law Clerks <anne@donaldsonlawclerks.ca>
**Subject:** Service of US complaint

Hello, I attach a complaint filed in the US District court that I would to have you serve on the defendant. I attach a corporate profile report from April 2022 which provides the address. Please try to serve Reginald (Rey) Mendoza first. Thanks.

David Shiller
Shillers, LLP
416-454-9081 cell
Sent from my iPhone12